# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Cr. No. 2:11-cr-20121-JPM |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| CHAUNTTA LEWIS | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION TO DISMISS THE SECOND SUPERSEDING INDICTMENT AGAINST DEFENDANT CHAUNTTA LEWIS

Comes now the United States, by and through undersigned counsel, and moves this Court to dismiss all counts of the Second Superseding Indictment in the above-captioned case against Chauntta Lewis pursuant to Federal Rule of Criminal Procedure 48(a). The United States makes this motion to comply with the terms of the Defendant's plea agreement and in response to her guilty plea and sentencing in case 2:12-cr-20069-JPM. The Defendant does not oppose this motion.

                                                  EDWARD L. STANTON, III
                                                  UNITED STATES ATTORNEY

By:    /s/ JONATHAN T. SKRMETTI
           Jonathan T. Skrmetti
           Assistant United States Attorney
           167 N. Main Building, Suite 800
           Memphis, Tennessee 38103
           (#423712 Connecticut)
           (901) 544-4231

<pre>
                       ANDREW G. OOSTERBAAN
                       Chief, Child Exploitation and Obscenity Section
                       Criminal Division, U.S. Department of Justice

            By:    /s/ KEITH A. BECKER
                       Keith A. Becker
                       Trial Attorney
                       U.S. Department of Justice, Criminal Division
                       Child Exploitation and Obscenity Section
                       1400 New York Avenue, NW, Suite 600
                       Washington, DC 20530
                       Telephone: (202) 305-4104
</pre>

### CERTIFICATE OF SERVICE

I, Jonathan T. Skrmetti, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing filing has been sent via the Court's electronic filing system to Mary Catherine Jermann-Robinson, counsel for the Defendant.

This 17th day of July, 2012.

<pre>
                       /s/ JONATHAN T. SKRMETTI
                       Jonathan T. Skrmetti
                       Assistant United States Attorney
                       167 N. Main Building, Suite 800
                       Memphis, Tennessee 38103
                       (#423712 Connecticut)
                       (901) 544-4231
</pre>